[No. 55618-5-I.   Division One.   January 17, 2006.]

*In the Matter of the Marriage of* REBECCA PETERSON, *Respondent,* and RICHARD PETERSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-3-11990-5, Philip G. Hubbard, Jr., J., entered January 10, 2005. *Reversed* by unpublished per curiam opinion.

[No. 56074-3-I.   Division One.   January 17, 2006.]

YUK PING LAU ET AL., *Appellants,* v. THE DEPARTMENT OF TRANSPORTATION, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 04-2-13176-6, Helen Halpert, J., entered March 11, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 32219-6-II.   Division Two.   January 18, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. KARL EDWARD BURNICE, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 04-1-00055-6, Diane M. Woolard, J., entered August 31, 2004. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, C.J., and Hunt, J.

[No. 32425-3-II.   Division Two.   January 18, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. TODD EUGENE DEWEY, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 03-1-00030-1, George L. Wood, J., entered October 25, 2004. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Van Deren, A.C.J., and Hunt, J.